UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY R. GUIDI and SHARON GUIDI,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PAUL FINANCIAL, LLC, a Delaware Limited Liability Company; RBS FINANCIAL PRODUCTS INC., a Delaware Corporation; RANDOM PROPERTIES ACQUISITION CORP. III, a Delaware Corporation; ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 13-CV-0919-LHK<br><br>ORDER RE: FILING OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

On July 16, 2013, Plaintiffs filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause, ECF No. 35, which seeks to enjoin Defendants from proceeding with a Trustee Sale scheduled for July 18, 2013, at 10:00 a.m. Defendants are hereby ORDERED to file any opposition to this Application by July 17, 2013, at 1:00 p.m.

**IT IS SO ORDERED.**

Case No.: 13-CV-0919 LHK
ORDER RE: FILING OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

Dated: July 16, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-0919 LHK
ORDER RE: FILING OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE