UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY R. GUIDI and SHARON GUIDI,<br><br>   Plaintiffs,<br><br>   v.<br><br>PAUL FINANCIAL, LLC, a Delaware Limited Liability Company; RBS FINANCIAL PRODUCTS INC., a Delaware Corporation; RANDOM PROPERTIES ACQUISITION CORP. III, a Delaware Corporation; ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>   Defendants. | Case No.: 13-CV-0919-LHK<br><br>ORDER RE: FILING AFFIDAVIT IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

On July 16, 2013, Plaintiffs filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause, ECF No. 35 (the "Application"), which seeks to enjoin Defendants from proceeding with a Trustee's Sale scheduled for July 18, 2013, at 10:00 a.m.

The Application references only one Notice of Trustee's Sale, recorded on September 6, 2012. Application at 4.[1] The Court hereby ORDERS Plaintiffs or Plaintiffs' counsel to file an affidavit by July 17, 2013, at 1:00 p.m., identifying the following: (1) all closed and pending cases Plaintiffs have filed to challenge foreclosure on Plaintiffs' Property; (2) all dates on which a Trustee's Sale has been scheduled on Plaintiffs' Property and when Plaintiffs became aware of each date; and (3) all applications for a temporary restraining order, preliminary injunction, or permanent injunction Plaintiffs have filed to enjoin foreclosure on Plaintiffs' Property and the disposition of each application.

**IT IS SO ORDERED.**

Dated: July 16, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] The Application states that the Notice of Trustee's Sale is attached as Exhibit 1. Application at 4. However, no Notice of Trustee's Sale is included in the Application's exhibits.

Case No.: 13-CV-0919 LHK
ORDER RE: FILING AFFIDAVIT IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE