UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY R. GUIDI and SHARON GUIDI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PAUL FINANCIAL, LLC, a Delaware Limited Liability Company; RBS FINANCIAL PRODUCTS INC., a Delaware Corporation; RANDOM PROPERTIES ACQUISITION CORP. III, a Delaware Corporation; ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.: 13-CV-01919-LHK<br><br>ORDER RE: FILING OPPOSITION TO WITHDRAWN EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER |

On July 16, 2013, Plaintiffs filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause (the "Application"), ECF No. 35, which sought to enjoin Defendants from proceeding with a Trustee's Sale scheduled for July 18, 2013, at 10:00 a.m. On July 17, 2013, Plaintiffs withdrew the Application without explanation. ECF No. 38.

Defendants are requested to file an opposition to Plaintiffs' withdrawn Application by July 19, 2013, to assist the Court in the event that Plaintiffs file another ex parte application for a temporary restraining order shortly before a Trustee's Sale date.

**IT IS SO ORDERED.**

Dated: July 17, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-01919 LHK
ORDER RE: FILING OPPOSITION TO WITHDRAWN EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER