UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY R. GUIDI and SHARON GUIDI,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, a Delaware Limited Liability Company; RBS FINANCIAL PRODUCTS INC., a Delaware Corporation; RANDOM PROPERTIES ACQUISITION CORP. III, a Delaware Corporation; ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 13-CV-01919-LHK<br><br>ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motions to Dismiss appropriate for determination without oral argument. Accordingly, the hearing scheduled for November 7, 2013, is hereby VACATED. The Court will issue an order on the Motions to Dismiss shortly. The Case

1

Management Conference currently scheduled for November 7, 2013, is CONTINUED to February 12, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  November 6, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge