UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY R. GUIDI and SHARON GUIDI,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, a Delaware Limited Liability Company; RBS FINANCIAL PRODUCTS INC., a Delaware Corporation; RANDOM PROPERTIES ACQUISITION CORP. III, a Delaware Corporation; ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 13-CV-01919-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for February 12, 2014, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Friday, February 7, 2014, at 5:00 p.m.</u>  The Statement must "report[] progress or changes since the last

1

Case No.: 13-CV-01919-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT

1  statement was filed and mak[e] proposals for the remainder of the case development process." Civ.
2  L. R. 16-10(d).
3  **IT IS SO ORDERED.**

5  Dated: February 6, 2014

   _____
   LUCY H. KOH
   United States District Judge